**Order entered August 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01351-CR

**BRANDON LONELL VESTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-54035-J**

## ORDER

Before the Court are appellant's July 30, 2018 motions for an extension of time to file his pro se response and for dismissal and substitution of counsel. Because the Court has not yet submitted this case and resolved counsel's pending motion to withdraw and supporting *Anders* brief, appellant's motion to dismiss and substitute counsel is **DENIED**.

We **GRANT** appellant's motion for extension and order relief as follows.

On June 20, 2018, the Court entered an order directing counsel to send appellant copies of the clerk's and reporter's records and to provide written verification of compliance to the Court by July 6, 2018. To date, the Court has not received verification of compliance from counsel. Furthermore, in his motion for extension, appellant indicates he has not yet had access to the record.

We **ORDER** Niles Illich, appellant's counsel, to transmit to appellant a full copy of the clerk's record including the volume sealed by the trial court. We further **ORDER** Niles Illich to transmit to appellant a copy of volumes one through six and volume nine of the reporter's record, including that portion of volume nine that was sealed by the trial court.[1]

We **ORDER** Niles Illich to transmit to the Court, within **FOURTEEN DAYS** of the date of this order, written verification that the portions of the record described hereinabove have been transmitted to appellant.

The time to file appellant's pro se response to counsel's *Anders* brief is extended to **September 28, 2018**.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to counsel for both parties. We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Brandon Lonell Vester.

/s/ CRAIG STODDART
   JUSTICE

---

[1] Sealed volumes seven and eight of the reporter's record consist of medical records of the complainant. The sealed portion of volume nine consists of appellant's own medical records.